**Order entered June 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01072-CR

**EXZAYVIA COSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-01027-U**

## ORDER

On May 7, 2014, this Court ordered the Dallas County District Clerk to file, within fifteen days, a supplemental clerk's record containing the trial court's written findings regarding the substituted charge and a copy of the substituted charge. To date, we have not received the supplemental clerk's record.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, within **TEN DAYS** of the date of this order, a supplemental record containing the trial court's written findings regarding the substituted charge and a copy of the substituted charge.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE